BANK OF THE METROPOLIS, Appellant, *v.* JOHN KLINKER et al., Respondents.

(Argued June 21, 1888; decided June 29, 1888.)

MOTION to dismiss appeal from judgment of the General Term of the Court of Common Pleas in and for the city and county of New York, which affirmed a judgment of the General Term of the City Court, affirming a judgment in favor of defendants.

*E. J. Myers* for motion.

*J. Delehanty* opposed.

Agree to grant motion.
All concur.
Appeal dismissed.

———

CHARLES GUNDLICH, Appellant, *v.* JOSEPH HENSLER, Respondent. *

(Argued May 4, 1888; decided October 2, 1888.)

*Samuel Untermyer* for appellant.

*John H. Bird* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.

———

* An order was granted dismissing this appeal. (See 109 N. Y. 660.) This was subsequently vacated